**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**MELCHIZEDEK SHABAZZ**                                                           **PLAINTIFF**
**ADC #84212**

**NO. 5:03CV00401-WRW/BD**

**LARRY NORRIS,** *et al.*                                                        **DEFENDANTS**

## ORDER

Defendants request leave under Federal Rule of Civil Procedure 30(a)(2) to depose the Plaintiff, an inmate confined with the Arkansas Department of Correction. The motion (docket entry #76) is GRANTED.

IT IS SO ORDERED this 22nd day of June, 2007.

_____
UNITED STATES MAGISTRATE JUDGE