**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**MELCHIZEDEK SHABAZZ**                                                                            **PLAINTIFF**
**ADC #84212**
                                              **5:03CV00401-WRW/BD**

**LARRY NORRIS,** *et al.*                                                                              **DEFENDANTS**

## ORDER

The Court has received the Proposed Findings and Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the Recommended Disposition, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

IT IS THEREFORE ORDERED THAT:

1. A permanent injunction is hereby entered that requires the ADC to permit the inmate, selected by the Islamic Coordinator to lead Jumu'a Prayer each Friday, to read from the Koran. Compliance is mandatory and shall begin immediately.

2. Plaintiff is awarded $1.00 in nominal damages.

     3.  Plaintiff is awarded $150.00 for reimbursement of filing fees paid to the Court.

     Dated this 26th day of September, 2007.

                                       /s/Wm. R. Wilson, Jr.
                                UNITED STATES DISTRICT JUDGE