**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**MELCHIZEDEK SHABAZZ**                                                           **PLAINTIFF**
**ADC #84212**

**5:03CV00401-WRW/BD**

**LARRY NORRIS,** *et al.*                                                        **DEFENDANTS**

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff be awarded Judgment in the sum of $1.00 in nominal damages against Defendants on his First Amendment and RLUIPA claims.

IT IS FURTHER CONSIDERED, ORDERED, and ADJUDGED that a permanent injunction is hereby entered that requires the Arkansas Department of Correction to permit the inmate, selected by the Islamic Coordinator to lead Jumu'a Prayer each Friday, to read from the Koran.  Compliance is mandatory and shall begin immediately.

IT IS FURTHER CONSIDERED, ORDERED, and ADJUDGED that Plaintiff is awarded $150.00 for reimbursement of filing fees from the Defendants.

Dated this 26th day of September, 2007.


                                          /s/Wm. R. Wilson, Jr.
                                          UNITED STATES DISTRICT JUDGE