IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MELCHIZEDEK SHABAZZ**  **PLAINTIFF**
**ADC #84212**

v.                                    5:03CV00401-WRW

**LARRY NORRIS, et al.**                               **DEFENDANTS**

## ORDER

Pending is Plaintiff's Motion to Compel (Doc. No. 105) the payment of $151.00 for the reimbursement of filing fees. Defendants have responded (Doc. No. 106). Defendants issued payment to Plaintiff on November 27, 2007.[1] Accordingly, I find Plaintiff's Motion (Doc. No. 105) MOOT.

IT IS SO ORDERED this 7th day of December, 2007 (Pearl Harbor Day).

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 107.